# Exhibit 3

Device Claim: 1

| US10958819B2 | AGM G3 PRO ("The Accused Product") |
|---|---|
| 1. A handheld device for capturing and displaying images and for identifying and marking of an element that is part of a human body, for use with a cellular network that uses a licensed frequency band, the device comprising: | The accused product is a handheld device (e.g., Smartphone) for capturing (e.g., capturing images through rear and front cameras) and displaying images (e.g., displaying captured images) and for identifying and marking (e.g., marking using a bounding frame with four corner markers) of an element that is part of a human body (e.g., Face of user), for use with a cellular network that uses a licensed frequency band (e.g., 5G, LTE, etc.).<br><br>As shown below, the accused product is a handheld smartphone that supports cellular connectivity, including 5G, LTE, etc. It features front and rear cameras, along with a 6.72-inch FHD+ display. The camera is accessed via the Camera application, which displays images captured by the front and rear cameras on the device's screen. The device detects human faces, and the Camera application highlights them using a bounding frame with four corner markers. |



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.amazon.com/AGM-G3-Pro-Flagship-Smartphone/dp/B0FMF3HGHV?th=1



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?
srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

| | Rear Camera | Pixel: 64MP Main Camera + 2MP Macro |
| | | Sensor: Sony: IMX682-AAJH5-C (1/1.73) |
| | | Flashlight: Supported |
| | Front Camera | Pixel:50M |
| | | sensor:OV50D40 |

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_







https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

# Clarity in Every Frame

The **64MP main camera** captures images with exceptional detail and lifelike colors. From bright daylight to challenging low-light scenes, it delivers clarity and depth that elevate every shot. Vast landscapes feel expansive, close-up textures come alive, and with the 2MP macro lens plus a **50MP front camera**, G3 Pro ensures every perspective — from the smallest detail to your best selfies — is captured with brilliance, so you can reveal a mesmerizing new level of detail in both portraits and sweeping wide-angle shots.



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

| | | |
|---|---|---|
| | Display | Screen Size: 6.72"/FHD+ |
| | | Resolution:1080*2400(RGB) |
| | | Brightness: 9-point Average Brightness Min: 400 / Typ: 450 |
| | | Other Feature Requirements:120Hz, Centered Punch-Hole Screen |
| | https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_ | |



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.youtube.com/watch?v=Cu8-mL2UVtQ&t=8m25s



Source: Usage of the accused product



marking of an element that is part of a human body

Source: Usage of the accused product



Source: Usage of the accused product



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.techtarget.com/searchnetworking/answer/Whats-the-difference-between-licensed-and-unlicensed-wireless

| a first camera for capturing a first image via a first optical lens that focus received light; | The accused product discloses a first camera (e.g., main rear camera) for capturing a first image (e.g., an image captured using the rear camera, etc.) via a first optical lens (e.g., the lens of the rear camera) that focus received light.<br><br>As shown below, the accused product features a 64 MP rear camera with a lens that focuses received light, enabling the capture of a first image. |
| --- | --- |



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?
srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



Source: Usage of the accused product

| Rear Camera | first camera — Pixel: 64MP Main Camera + 2MP Macro |
| | Sensor: Sony: IMX682-AAJH5-C (1/1.73) |
| | Flashlight: Supported |

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

# Clarity in Every Frame

The **64MP main camera** captures images with exceptional detail and lifelike colors. From bright daylight to challenging low-light scenes, it delivers clarity and depth that elevate every shot. Vast landscapes feel expansive, close-up textures come alive, and with the 2MP macro lens plus a **50MP front camera,** G3 Pro ensures every perspective — from the smallest detail to your best selfies — is captured with brilliance, so you can reveal a mesmerizing new level of detail in both portraits and sweeping wide-angle shots.



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



capturing a first image

Source: Usage of the accused product



capturing a first image

Source: Usage of the accused product

All smartphone cameras are made of three basic parts. The first is the lens that directs light into the camera. The second is the sensor that converts the focused photons of light into an electrical signal. And the third is the software that converts those electrical signals into an Instagram-ready photo. Let's take a closer look at each of these parts.
https://www.androidpolice.com/how-do-smartphone-cameras-work/

## Lenses

Before light reaches the image sensor, it must pass through the lens. And before that, it passes through a small hole in the phone's body. The size of that hole is called the aperture, and it determines how much light makes it into the camera's sensor. Generally, a larger aperture is a good thing for mobile cameras because it means the camera has more light to work with.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

Once the light enters the camera module, the lens gathers the incoming light from your shot and directs it to the sensor. Smartphone cameras are made up of many plastic lenses called elements. Due to the nature of light, different wavelengths of light (colors) are refracted (bent) at different angles as they pass through a lens. That means that the colors from your scene are projected onto your camera sensor out of alignment. Cameras need multiple lenses to transmit a clear image to the sensor to correct this and other similar effects.



https://www.androidpolice.com/how-do-smartphone-cameras-work/

## Focus

One essential function of the lenses that has traditionally been abstracted away from the user is focus. Some camera apps let you manually control the camera's focus. However, most of them control it through software using the sensor, extra hardware like a laser range finder, or a combination of the two.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

| a second camera for capturing a second image via a second optical lens that focus received light; | The accused product discloses a second camera (e.g., a front camera) for capturing a second image (e.g., image captured using the front camera) via a second optical lens (e.g., the lens of the front camera) that focus received light.<br><br>As shown below, the accused product features a 50 MP front camera with a lens that focuses received light, enabling the capture of a second image.<br><br><br><br>https://www.youtube.com/watch?v=Cu8-mL2UVtQ&t=8m25s |



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

Front Camera                                                      second camera — Pixel:50M

sensor:OV50D40

Flashlight:Not Supported

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?
srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



Source: Usage of the accused product



https://www.youtube.com/watch?v=Cu8-mL2UVtQ&t=8m25s



capturing a second image

Source: Usage of the accused product

All smartphone cameras are made of three basic parts. The first is the lens that directs light into the camera. The second is the sensor that converts the focused photons of light into an electrical signal. And the third is the software that converts those electrical signals into an Instagram-ready photo. Let's take a closer look at each of these parts.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

## Lenses

Before light reaches the image sensor, it must pass through the lens. And before that, it passes through a small hole in the phone's body. The size of that hole is called the aperture, and it determines how much light makes it into the camera's sensor. Generally, a larger aperture is a good thing for mobile cameras because it means the camera has more light to work with.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

Once the light enters the camera module, the lens gathers the incoming light from your shot and directs it to the sensor. Smartphone cameras are made up of many plastic lenses called elements. Due to the nature of light, different wavelengths of light (colors) are refracted (bent) at different angles as they pass through a lens. That means that the colors from your scene are projected onto your camera sensor out of alignment. Cameras need multiple lenses to transmit a clear image to the sensor to correct this and other similar effects.



| | https://www.androidpolice.com/how-do-smartphone-cameras-work/ <br><br> **Focus** <br><br> One essential function of the lenses that has traditionally been abstracted away from the user is focus. Some camera apps let you manually control the camera's focus. However, most of them control it through software using the sensor, extra hardware like a laser range finder, or a combination of the two. <br><br> https://www.androidpolice.com/how-do-smartphone-cameras-work/ |
|---|---|
| an image processor coupled to the cameras for receiving and processing the first and second captured images; | The accused product discloses an image processor (e.g., image processing module of the accused product, etc.) coupled to the cameras (e.g., front and rear cameras) for receiving and processing the first and second captured images (e.g., images captured through front and rear camera, etc.). <br><br> As shown below, the accused product features a MTK7300 Processor, which includes an Image Signal Processor (ISP) unit for processing captured images. The images captured by the front and rear cameras are processed and displayed using the image processing module. |



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYlb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

| | Rear Camera | Pixel: 64MP Main Camera + 2MP Macro |
| | | Sensor: Sony: IMX682-AAJH5-C (1/1.73) |
| | | Flashlight: Supported |
| | Front Camera | Pixel:50M |
| | | sensor:OV50D40 |

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



Source: Usage of the accused product



https://www.youtube.com/watch?v=Cu8-mL2UVtQ&t=508s



Source: Usage of the accused product

|  | # Dimensity 7300 <br> # The brain behind G3 Pro. <br><br> A 4nm powerhouse designed to balance raw speed with remarkable efficiency. It drives advanced imaging for more lifelike photos and videos, powers smooth and responsive gaming even in demanding titles, and keeps performance steady throughout the day. With intelligent resource management, it ensures your G3 Pro runs cooler, lasts longer, and performs better —no matter what you put it through. <br><br> https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07 |



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



Source: Teardown of the accused product

| Operating System | Operating System Version: Android 15 |
|---|---|
| CPU | Platform Name:MTK7300 (24M) — MT6878V/ZA (Main Frequency: 4A78@2.5GHz + 4A55@2.0GHz) |

https://www.agmmobile.com/products/agm-g3-pro?

srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

## Transcendent Image Quality

MediaTek Imagiq 950 provides a premium-grade 12-bit HDR-ISP with support for a 200MP main camera, for epic photography. Combined with new hardware engines providing precise noise reduction (MCNR), face detection (HWFD), and video HDR, these ensure the image quality of captures transcends experiences with crispness and clarity in all lighting conditions.

https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

| **Camera** | Max Camera Sensor | 200MP |
| --- | --- | --- |
| | Max Video Capture Resolution | 4K30 (3840 x 2160) |
| | Camera Features | • Hardware Face Detection<br>• Hardware MCNR<br>• 4K Video HDR<br>• AI-3A with AE, AWB, AF<br>• Video EIS<br>• Dual simultaneous video capture<br>• All-pixel AF |

https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

| | |
|---|---|
| | The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.<br><br>■ **Central Processing Unit (CPU)** — The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.<br><br>■ **Graphics Processing Unit (GPU)** — Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.<br><br>■ **Image Processing Unit (ISP)** — Converts data from the phone's camera into image and video files.<br><br>https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/ |
| a display coupled to the cameras and having a flat screen for visually displaying the first and second captured images; | The accused product discloses a display (e.g., 6.72-inch FHD+ display, etc.) coupled to the cameras (e.g., Front and rear camera, etc.) and having a flat screen for visually displaying the first and second captured images (e.g., image captured through front camera and main rear camera).<br><br>As shown below, the accused product has a 6.72-inch FHD+ flat display, along with front and rear cameras. It includes a camera application that displays images captured by the rear and front cameras (the first and second captured images) on the display. |

| | Display | Screen Size: 6.72"/FHD+ |
| | | Resolution:1080*2400(RGB) |
| | | Brightness: 9-point Average Brightness Min: 400 / Typ: 450 |
| | | Other Feature Requirements:120Hz, Centered Punch-Hole Screen |
| | https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_ | |



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.youtube.com/watch?v=Cu8-mL2UVtQ&t=508s



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



displaying the first captured image

Source: Usage of the accused product



displaying the second captured image

https://www.youtube.com/watch?v=Cu8-mL2UVtQ&t=508s



displaying the second captured image

Source: Usage of the accused product

| a cellular antenna for coupling to the cellular network; | The accused product comprises a cellular antenna (e.g., an antenna for transmitters and receivers supporting 5G, LTE, etc.) for coupling to the cellular network (e.g., 5G, LTE, etc.).<br><br>As shown below, the accused product is a smartphone with cellular connectivity, housing multiple antennas for transmitting and receiving 5G, LTE and 3G network |

signals.



https://www.agmmobile.com/products/agm-g3-pro?
srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

# What is a Cellular Antenna?

A **cellular antenna** is a specialised device created to send and receive radio-frequency (RF) signals. Acting as a means for our mobile devices to connect with the extensive cellular network infrastructure, these antennas transform electrical signals from our gadgets into electromagnetic waves that travel through the air and back again, serving as a two-way vessel. Spanning from the tiny antennas nestled inside our smartphones to the towering structures on our horizons, their primary goal remains unchanged: to strengthen our devices with a reliable and powerful connection to the cellular network, and enabling uninterrupted communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

# Signal Transmission and Reception Basics

**Cellular antennas** are devices that send and receive radio-frequency (RF) signals, allowing our mobile devices to connect with the cellular network. They convert electrical signals from our devices into electromagnetic waves that travel through the air and back again. These waves are generated by an electrified piece of metal in the antenna. The hardware that creates these waves is called a transmitter, while the one that picks them up is a receiver. Mobile devices, which have both transmitters and receivers, work like two-way radios. They encode and decode information from these waves, enabling wireless communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

| | |
|---|---|
| | ## I Introduction<br><br>The **cell phone antenna** is a small antenna device on the mobile phone to receive and transmit electromagnetic waves. When you use a smartphone to make calls, send text messages, play online games, etc. a series of communication behaviors every day. Have you ever considered that the phone's antenna module is responsible for all of this? The smartphone will become a stand-alone game console if there is no antenna.<br><br>https://www.utmel.com/blog/categories/rf/what-is-a-cell-phone-antenna |
| a cellular transmitter coupled between the cellular antenna and the cameras for transmitting the first and second captured images to the cellular network; | The accused product discloses a cellular transmitter (e.g., data modem) coupled between the cellular antenna (e.g., an antenna for transmitters and receivers supporting 5G, LTE, etc.) and the cameras for transmitting the first and second captured images (e.g., image captured from the front camera and main rear camera) to the cellular network (e.g., 5G, LTE, etc.).<br><br>As shown below, the accused product is equipped with cellular connectivity, utilizing its cellular antennas and modems to provide network access. It also includes front and rear cameras, which are accessed via the camera application. Upon selecting a preview thumbnail within the application, previously captured images (first and second captured images) are displayed. The application further allows the user to share these images through cloud platforms using cellular networks such as 5G, LTE, etc. |



Frequency Bands

2/3/4G

2G:B2/B3/B5/B8

3G:B1/B2/B4/B5/B8

4G(LTE):LTE:B1/B2/B3/B4/B5/B7/B8/B12/B17/B18/B19/B20/B26/28AB/B38/B39/B40/B41/B66

5G(SA):n1/2/3/5/7/8/20/26/28/38/40/41/66/77/78

CDMA:Not Supported

LTE CA:Refer to ENDC-CA List

LTE-MIMO:B1/B3/B5/B8/B40/B41

cellular network

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

# How your device handles data

cellular transmitter

First, your device establishes a connection with one of the available cellular towers by emitting radio waves. To emit these radio waves, it needs to have a transmitter and antenna. The transmitter turns the data into radio waves that get transmitted through the antenna towards the nearest tower.

To receive data from cellular towers, the device has to have a receiver. Instead of sending data by creating radio waves, the receiver catches them coming from the cellular tower. Most of the time, the receiver and transmitter are combined into one device - a transceiver.

https://www.simbase.com/learning/how-mobile-networks-work

## Wireless Signals – The Basics

The underlying physics that make wireless communications possible are the electromagnetic waves that travel through the air. These waves are generated by an electrified piece of metal such as an antenna, which forms the waves as it becomes energized.

The hardware that generates these waves is called a transmitter and the hardware that picks up those waves is called a receiver. A mobile device that contains both types of hardware is often referred to as a two-way radio or transceiver. Transmitters and receivers encode and decode information to and from these waves in various ways, which provides the foundation for wireless signals.

https://www.qualcomm.com/developer/blog/2019/10/fundamentals-wireless-signals-and-cellular-networks

## Cellular Phone

In subject area: Computer Science

A cellular phone refers to a mobile device that utilizes low-powered radio transmitters and receivers to provide voice and data telephone service to users. It operates by transmitting information to cellular towers, which are connected to a central switching station and the telephone network, allowing uninterrupted communication as users move between different cell areas.

https://www.sciencedirect.com/topics/computer-science/cellular-phone

## What is a Cellular Antenna?

A **cellular antenna** is a specialised device created to send and receive radio-frequency (RF) signals. Acting as a means for our mobile devices to connect with the extensive cellular network infrastructure, these antennas transform electrical signals from our gadgets into electromagnetic waves that travel through the air and back again, serving as a two-way vessel. Spanning from the tiny antennas nestled inside our smartphones to the towering structures on our horizons, their primary goal remains unchanged: to strengthen our devices with a reliable and powerful connection to the cellular network, and enabling uninterrupted communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

# Signal Transmission and Reception Basics

**Cellular antennas** are devices that send and receive radio-frequency (RF) signals, allowing our mobile devices to connect with the cellular network. They convert electrical signals from our devices into electromagnetic waves that travel through the air and back again. These waves are generated by an electrified piece of metal in the antenna. The hardware that creates these waves is called a transmitter, while the one that picks them up is a receiver. Mobile devices, which have both transmitters and receivers, work like two-way radios. They encode and decode information from these waves, enabling wireless communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

## I Introduction

The **cell phone antenna** is a small antenna device on the mobile phone to receive and transmit electromagnetic waves. When you use a smartphone to make calls, send text messages, play online games, etc. a series of communication behaviors every day. Have you ever considered that the phone's antenna module is responsible for all of this? The smartphone will become a stand-alone game console if there is no antenna.

https://www.utmel.com/blog/categories/rf/what-is-a-cell-phone-antenna

# 5G R16 Modem with 3CC-CA



## Faster 5G that Reaches Further

Addressing a maximum of 140MHz cellular spectrum enables up to 3.27Gb/s 5G downlink via 3CC carrier aggregation, providing faster downlink speeds within urban and suburban environments. CA can apply mixed duplex FDD+TDD combining low and mid-band advantages, smartphones can access faster speeds and greater reach. Carrier aggregation also enables a seamless handover between two 5G connection areas across a coverage layer, where users receive over 30% greater throughput layer coverage than without CA.

https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

| Connectivity | Cellular Technologies | 2G-5G Multi-Mode, 5G/4G CA, 5G/4G FDD / TDD, CDMA2000 1x/EVDO Rev. A (SRLTE), EDGE, GSM, TD-SCDMA, WDCDMA |
| --- | --- | --- |
| | Specific Functions | SA & NSA modes; SA Option2, NSA Option3 / 3a / 3x, NR TDD and FDD bands, DSS, NR DL 3CC 140MHz bandwidth, 4x4 MIMO, 256QAM NR UL 2CC, R16 UL Enhancement, 2x2 MIMO, 256QAM VoNR / EPS fallback |

https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

- **Modems** — Converts wireless signals into data your phone understands. Components include 4G LTE, 5G, WiFi, and Bluetooth modems.

You may have also heard of something along the lines of a *manufacturing process* in the context of SoCs. It's
https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/

The final piece of a modern smartphone SoC is the data modem, which allows you to access data networks from your carrier. Different modems also determine the speed and quality of your data connection. The most powerful modems hit download speeds above 1Gbps. There are also modems for Wi-Fi and Bluetooth data, but we're focusing on 4G and 5G modems today.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/



Source: Usage of the accused product

| | |
|---|---|
| a rechargeable battery connected to power | The accused devices disclose a rechargeable battery (e.g., 10000mAh battery) connected to power the cameras (e.g., front and rear cameras), the image |

| the cameras, the image processor, the cellular transmitter, and the display; and | processor (e.g., image processing modules of the accused product, etc.), the cellular transmitter (e.g., data modem, etc.), and the display (e.g., display of the accused product).<br><br>As shown below, the accused product has a rechargeable battery that serves as the primary power source, supplying energy to essential components such as cameras, image processors, data modem, and display.<br><br><br><br>https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_ |



Source: Teardown of the accused product

| Battery | |
|---|---|
| | Capacity: 10000mAh (Rated Capacity) |
| rechargeable battery | Installation Method: Supported, Built-in |
| | Fast Charging Requirements: Supported, 33W / PD Protocol |
| | Dock Charger: Not Supported |

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_







33w Fast Charging Restore power swiftly and seamlessly, so your focus stays on what matters

18W Wireless Charging Crafted for seamless convenience, built to deliver fast, reliable energy without the clutter of cables.

Built for the Long Run The 10,000mAh battery is crafted for lasting reliability, built to meet rigorous European standards for long-term performance.

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



cameras

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?
srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

| Rear Camera | Pixel: 64MP Main Camera + 2MP Macro |
| --- | --- |
| | Sensor: Sony: IMX682-AAJH5-C (1/1.73) |
| | Flashlight: Supported |
| Front Camera | Pixel:50M |
| | sensor:OV50D40 |

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

# Dimensity 7300
# The brain behind G3 Pro.

A 4nm powerhouse designed to balance raw speed with remarkable efficiency. It drives advanced imaging for more lifelike photos and videos, powers smooth and responsive gaming even in demanding titles, and keeps performance steady throughout the day. With intelligent resource management, it ensures your G3 Pro runs cooler, lasts longer, and performs better —no matter what you put it through.

https://www.agmmobile.com/products/agm-g3-pro?

srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?
srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



Source: Teardown of the accused product

| Operating System | Operating System Version: Android 15 |
|---|---|
| CPU | Platform Name:MTK7300 (24M) — MT6878V/ZA (Main Frequency: 4A78@2.5GHz + 4A55@2.0GHz) |

https://www.agmmobile.com/products/agm-g3-pro?

srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

## Transcendent Image Quality

MediaTek Imagiq 950 provides a premium-grade 12-bit HDR-ISP with support for a 200MP main camera, for epic photography. Combined with new hardware engines providing precise noise reduction (MCNR), face detection (HWFD), and video HDR, these ensure the image quality of captures transcends experiences with crispness and clarity in all lighting conditions.

https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

| **Camera** | Max Camera Sensor | 200MP |
| | Max Video Capture Resolution | 4K30 (3840 x 2160) |
| | Camera Features | • Hardware Face Detection<br>• Hardware MCNR<br>• 4K Video HDR<br>• AI-3A with AE, AWB, AF<br>• Video EIS<br>• Dual simultaneous video capture<br>• All-pixel AF |

https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.

- **Central Processing Unit (CPU) —** The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.

- **Graphics Processing Unit (GPU) —** Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.

- **Image Processing Unit (ISP) —** Converts data from the phone's camera into image and video files.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/

# How your device handles data

cellular transmitter

First, your device establishes a connection with one of the available cellular towers by emitting radio waves. To emit these radio waves, it needs to have a transmitter and antenna. The transmitter turns the data into radio waves that get transmitted through the antenna towards the nearest tower.

To receive data from cellular towers, the device has to have a receiver. Instead of sending data by creating radio waves, the receiver catches them coming from the cellular tower. Most of the time, the receiver and transmitter are combined into one device - a transceiver.

https://www.simbase.com/learning/how-mobile-networks-work

## Wireless Signals – The Basics

The underlying physics that make wireless communications possible are the electromagnetic waves that travel through the air. These waves are generated by an electrified piece of metal such as an antenna, which forms the waves as it becomes energized.

The hardware that generates these waves is called a transmitter and the hardware that picks up those waves is called a receiver. A mobile device that contains both types of hardware is often referred to as a two-way radio or transceiver. Transmitters and receivers encode and decode information to and from these waves in various ways, which provides the foundation for wireless signals.

https://www.qualcomm.com/developer/blog/2019/10/fundamentals-wireless-signals-and-cellular-networks

## Cellular Phone

In subject area: Computer Science

A cellular phone refers to a mobile device that utilizes low-powered radio transmitters and receivers to provide voice and data telephone service to users. It operates by transmitting information to cellular towers, which are connected to a central switching station and the telephone network, allowing uninterrupted communication as users move between different cell areas.

https://www.sciencedirect.com/topics/computer-science/cellular-phone

| | | |
|---|---|---|
| | Display | Screen Size: 6.72"/FHD+ |
| | | Resolution:1080*2400(RGB) |
| | | Brightness: 9-point Average Brightness Min: 400 / Typ: 450 |
| | | Other Feature Requirements:120Hz, Centered Punch-Hole Screen |
| | https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_ | |



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.youtube.com/watch?v=Cu8-mL2UVtQ&t=508s



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

| a single portable and handheld casing housing the cameras, | The accused product discloses a single portable and handheld casing (e.g., smartphone casing) housing the cameras (e.g., front and rear camera), the image processor (e.g., image processing modules of the accused product, etc.), the |

| | |
|---|---|
| the image processor, the cellular antenna, the cellular transmitter, and the display, | cellular antenna (e.g., an antenna for transmitters and receivers supporting 5G, LTE, etc.), the cellular transmitter (e.g., data modem), and the display (e.g., display of the accused product).<br><br>As shown below, the accused product has an outer casing that houses internal modules such as antennas, processors, modems, a battery, cameras, and display.<br><br><br>https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_ |



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

https://www.agmmobile.com/products/agm-g3-pro?
srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?
srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

| Rear Camera | Pixel: 64MP Main Camera + 2MP Macro |
| --- | --- |
| | Sensor: Sony: IMX682-AAJH5-C (1/1.73) |
| | Flashlight: Supported |
| Front Camera | Pixel:50M |
| | sensor:OV50D40 |

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

# Dimensity 7300
# The brain behind G3 Pro.

A 4nm powerhouse designed to balance raw speed with remarkable efficiency. It drives advanced imaging for more lifelike photos and videos, powers smooth and responsive gaming even in demanding titles, and keeps performance steady throughout the day. With intelligent resource management, it ensures your G3 Pro runs cooler, lasts longer, and performs better —no matter what you put it through.

https://www.agmmobile.com/products/agm-g3-pro?

srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?
srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



Source: Teardown of the accused product

| Operating System | Operating System Version: Android 15 |
|---|---|
| CPU | Platform Name:MTK7300 (24M) — MT6878V/ZA (Main Frequency: 4A78@2.5GHz + 4A55@2.0GHz) |

https://www.agmmobile.com/products/agm-g3-pro?

srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

## Transcendent Image Quality

MediaTek Imagiq 950 provides a premium-grade 12-bit HDR-ISP with support for a 200MP main camera, for epic photography. Combined with new hardware engines providing precise noise reduction (MCNR), face detection (HWFD), and video HDR, these ensure the image quality of captures transcends experiences with crispness and clarity in all lighting conditions.

https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

| **Camera** | Max Camera Sensor | 200MP |
| | Max Video Capture Resolution | 4K30 (3840 x 2160) |
| | Camera Features | • Hardware Face Detection<br>• Hardware MCNR<br>• 4K Video HDR<br>• AI-3A with AE, AWB, AF<br>• Video EIS<br>• Dual simultaneous video capture<br>• All-pixel AF |

https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.

- **Central Processing Unit (CPU)** — The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.

- **Graphics Processing Unit (GPU)** — Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.

- **Image Processing Unit (ISP)** — Converts data from the phone's camera into image and video files.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/

# How your device handles data

cellular transmitter

First, your device establishes a connection with one of the available cellular towers by emitting radio waves. To emit these radio waves, it needs to have a transmitter and antenna. The transmitter turns the data into radio waves that get transmitted through the antenna towards the nearest tower.

To receive data from cellular towers, the device has to have a receiver. Instead of sending data by creating radio waves, the receiver catches them coming from the cellular tower. Most of the time, the receiver and transmitter are combined into one device - a transceiver.

https://www.simbase.com/learning/how-mobile-networks-work

## Wireless Signals – The Basics

The underlying physics that make wireless communications possible are the electromagnetic waves that travel through the air. These waves are generated by an electrified piece of metal such as an antenna, which forms the waves as it becomes energized.

The hardware that generates these waves is called a transmitter and the hardware that picks up those waves is called a receiver. A mobile device that contains both types of hardware is often referred to as a two-way radio or transceiver. Transmitters and receivers encode and decode information to and from these waves in various ways, which provides the foundation for wireless signals.

https://www.qualcomm.com/developer/blog/2019/10/fundamentals-wireless-signals-and-cellular-networks

## Cellular Phone

In subject area: Computer Science

A cellular phone refers to a mobile device that utilizes low-powered radio transmitters and receivers to provide voice and data telephone service to users. It operates by transmitting information to cellular towers, which are connected to a central switching station and the telephone network, allowing uninterrupted communication as users move between different cell areas.

https://www.sciencedirect.com/topics/computer-science/cellular-phone

# What is a Cellular Antenna?

A **cellular antenna** is a specialised device created to send and receive radio-frequency (RF) signals. Acting as a means for our mobile devices to connect with the extensive cellular network infrastructure, these antennas transform electrical signals from our gadgets into electromagnetic waves that travel through the air and back again, serving as a two-way vessel. Spanning from the tiny antennas nestled inside our smartphones to the towering structures on our horizons, their primary goal remains unchanged: to strengthen our devices with a reliable and powerful connection to the cellular network, and enabling uninterrupted communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

# Signal Transmission and Reception Basics

**Cellular antennas** are devices that send and receive radio-frequency (RF) signals, allowing our mobile devices to connect with the cellular network. They convert electrical signals from our devices into electromagnetic waves that travel through the air and back again. These waves are generated by an electrified piece of metal in the antenna. The hardware that creates these waves is called a transmitter, while the one that picks them up is a receiver. Mobile devices, which have both transmitters and receivers, work like two-way radios. They encode and decode information from these waves, enabling wireless communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

## I Introduction

The **cell phone antenna** is a small antenna device on the mobile phone to receive and transmit electromagnetic waves. When you use a smartphone to make calls, send text messages, play online games, etc. a series of communication behaviors every day. Have you ever considered that the phone's antenna module is responsible for all of this? The smartphone will become a stand-alone game console if there is no antenna.

https://www.utmel.com/blog/categories/rf/what-is-a-cell-phone-antenna

| Display | Screen Size: 6.72"/FHD+ |
| --- | --- |
| | Resolution:1080*2400(RGB) |
| | Brightness: 9-point Average Brightness Min: 400 / Typ: 450 |
| | Other Feature Requirements:120Hz, Centered Punch-Hole Screen |

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?
srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.youtube.com/watch?v=Cu8-mL2UVtQ&t=508s



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

| wherein the casing comprises two opposed first and | The accused product discloses the casing (e.g., smartphone casing) comprises two opposed first and second exterior surface (e.g., front and rear exterior surfaces). |
|---|---|

| | |
|---|---|
| second exterior surfaces, | As shown below, the accused product has an outer casing. The casing comprises two exterior surfaces: the first side includes the rear cameras and flashlight, while the second side includes the front camera and display.<br><br><br><br>https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_ |



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



first exterior surface

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

| | |
|---|---|
| | <br><br>https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07 |
| wherein the first optical lens is attached to the first surface and the second optical lens is attached to the second surface, | The accused product comprises the casing wherein the first optical lens (e.g., the lens of the rear camera) is attached to the first surface (e.g., back surface) and the second optical lens (e.g., the lens of the front camera) is attached to the second surface (e.g., front surface).<br><br>As shown, the accused product has an outer casing. The casing comprises two exterior surfaces, with the first side comprising the rear cameras and the flashlight, and the second surface with the front camera and display. |



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



Source: Usage of the accused product



Source: Usage of the accused product

| | |
|---|---|
| | https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_<br><br>Rear Camera — Pixel: 64MP Main Camera + 2MP Macro<br><br>Sensor: Sony: IMX682-AAJH5-C (1/1.73)<br><br>Flashlight: Supported<br><br>Front Camera — Pixel:50M<br><br>sensor:OV50D40<br><br>https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_ |
| wherein the image processor is operative to identify the element in the first captured image, | The accused product comprises the image processor (e.g., image processing module of the accused product, etc.) is operative to identify the element (e.g., face of a user, etc.) in the first captured image.<br><br>As shown below, the accused product features a MTK7300 Processor, which includes an image signal processor that processes images from the rear and front cameras. When the camera is pointed at the user's face, it identifies the face and highlights them using a bounding frame with four corner markers. |

# Dimensity 7300
# The brain behind G3 Pro.

A 4nm powerhouse designed to balance raw speed with remarkable efficiency. It drives advanced imaging for more lifelike photos and videos, powers smooth and responsive gaming even in demanding titles, and keeps performance steady throughout the day. With intelligent resource management, it ensures your G3 Pro runs cooler, lasts longer, and performs better —no matter what you put it through.

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



Source: Teardown of the accused product

| Operating System | Operating System Version: Android 15 |
|---|---|
| CPU | Platform Name:MTK7300 (24M) — MT6878V/ZA (Main Frequency: 4A78@2.5GHz + 4A55@2.0GHz) |

https://www.agmmobile.com/products/agm-g3-pro?

srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

## Transcendent Image Quality

MediaTek Imagiq 950 provides a premium-grade 12-bit HDR-ISP with support for a 200MP main camera, for epic photography. Combined with new hardware engines providing precise noise reduction (MCNR), face detection (HWFD), and video HDR, these ensure the image quality of captures transcends experiences with crispness and clarity in all lighting conditions.

https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300



| Camera | Max Camera Sensor | 200MP |
| --- | --- | --- |
| | Max Video Capture Resolution | 4K30 (3840 x 2160) |
| | Camera Features | • Hardware Face Detection<br>• Hardware MCNR<br>• 4K Video HDR<br>• AI-3A with AE, AWB, AF<br>• Video EIS<br>• Dual simultaneous video capture<br>• All-pixel AF |

https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.

- **Central Processing Unit (CPU)** — The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.

- **Graphics Processing Unit (GPU)** — Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.

- **Image Processing Unit (ISP)** — Converts data from the phone's camera into image and video files.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/

| | |
|---|---|
| Rear Camera | Pixel: 64MP Main Camera + 2MP Macro |
| | Sensor: Sony: IMX682-AAJH5-C (1/1.73) |
| | Flashlight: Supported |
| Front Camera | Pixel:50M |
| | sensor:OV50D40 |

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



Source: Usage of the accused product

| | |
|---|---|
| wherein the display is coupled to the image processor for displaying the first captured image and the marking of the identified element in the first captured image, and | The accused product has the display (e.g., 6.72-inch FHD+ display, etc.) is coupled to the image processor (e.g., image processing module of the accused product, etc.) for displaying the first captured image (e.g., image captured using rear camera) and the marking of the identified element (e.g., marking user's face with a bounding frame with four corner markers) in the first captured image.<br><br>As shown below, the accused product features a 6.72-inch FHD+ display and a MTK7300 Processor, which includes an image signal processor that processes images from the rear camera. The camera is accessed through the camera application, which displays images captured by the rear camera (first captured |

| | image) on the device's display. The device detects human faces, and the camera application highlights them using a bounding frame with four corner markers. |
|---|---|
| | Display Screen Size: 6.72"/FHD+ Resolution:1080*2400(RGB) Brightness: 9-point Average Brightness Min: 400 / Typ: 450 Other Feature Requirements:120Hz, Centered Punch-Hole Screen https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_ |



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.youtube.com/watch?v=Cu8-mL2UVtQ&t=508s



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

# Dimensity 7300
# The brain behind G3 Pro.

A 4nm powerhouse designed to balance raw speed with remarkable efficiency. It drives advanced imaging for more lifelike photos and videos, powers smooth and responsive gaming even in demanding titles, and keeps performance steady throughout the day. With intelligent resource management, it ensures your G3 Pro runs cooler, lasts longer, and performs better —no matter what you put it through.

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



Source: Teardown of the accused product

| Operating System | Operating System Version: Android 15 |
|---|---|
| CPU | Platform Name:MTK7300 (24M) — MT6878V/ZA (Main Frequency: 4A78@2.5GHz + 4A55@2.0GHz) |

https://www.agmmobile.com/products/agm-g3-pro?

srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

## Transcendent Image Quality

MediaTek Imagiq 950 provides a premium-grade 12-bit HDR-ISP with support for a 200MP main camera, for epic photography. Combined with new hardware engines providing precise noise reduction (MCNR), face detection (HWFD), and video HDR, these ensure the image quality of captures transcends experiences with crispness and clarity in all lighting conditions.

https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300



| Camera | Max Camera Sensor | 200MP |
| --- | --- | --- |
| | Max Video Capture Resolution | 4K30 (3840 x 2160) |
| | Camera Features | • Hardware Face Detection<br>• Hardware MCNR<br>• 4K Video HDR<br>• AI-3A with AE, AWB, AF<br>• Video EIS<br>• Dual simultaneous video capture<br>• All-pixel AF |

https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.

- **Central Processing Unit (CPU)** — The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.

- **Graphics Processing Unit (GPU)** — Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.

- **Image Processing Unit (ISP)** — Converts data from the phone's camera into image and video files.

| | |
|---|---|
| | https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/ <br><br>  <br><br> Source: Usage of the accused product |
| wherein the display is coupled to the cameras for displaying on the screen the first and second captured images. | The accused product has the display (e.g., 6.72-inch FHD+ display, etc.) is coupled to the cameras (e.g., front and rear camera) for displaying on the screen the first and second captured images (e.g., images captured through front and rear cameras). <br><br> As shown below, the accused product has front and rear cameras, along with a 6.72-inch FHD+ display. The camera is accessed through the camera application, which displays images captured by the front and rear cameras on the device's display. |

| | | |
|---|---|---|
| | Display | Screen Size: 6.72"/FHD+ |
| | | Resolution:1080*2400(RGB) |
| | | Brightness: 9-point Average Brightness Min: 400 / Typ: 450 |
| | | Other Feature Requirements:120Hz, Centered Punch-Hole Screen |
| | https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_ | |



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.youtube.com/watch?v=Cu8-mL2UVtQ&t=508s



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?
srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

| | Rear Camera | Pixel: 64MP Main Camera + 2MP Macro |
| | | Sensor: Sony: IMX682-AAJH5-C (1/1.73) |
| | | Flashlight: Supported |
| | Front Camera | Pixel:50M |
| | | sensor:OV50D40 |

https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



Source: Usage of the accused product



displaying on the screen the second captured image

Source: Usage of the accused product



displaying on the screen the second captured image

https://www.youtube.com/watch?v=Cu8-mL2UVtQ&t=8m25s