# Exhibit 4

Non-Method Claim: 1

| US9630062 | AGM G3 PRO ("The accused product") |
|---|---|
| 1. A device for displaying in response to a sensed acceleration, the device having a single portable enclosure, and in the single enclosure comprising: | The accused product is a device for displaying in response to a sensed acceleration (e.g., acceleration caused by user movement, gravity, etc.), the device (e.g., the accused product) having a single portable enclosure (e.g., body of the accused product).<br><br>As shown below, the accused product contains an accelerometer within its body to sense acceleration. The accused product transitions between orientations, such as landscape and portrait, based on the acceleration (gravity) detected by its accelerometer. Icons displayed on the screen, such as those in the camera app, rotate based on the orientation of the accused product.<br><br><br>https://www.agmmobile.com/products/agm-g3-pro |



https://www.amazon.com/AGM-G3-Pro-Flagship-Smartphone/dp/B0FMF3HGHV?th=1



Source: Accelerometer information of the accused product extracted using a software reverse engineering tool



https://www.agmmobile.com/products/agm-g3-pro



https://www.agmmobile.com/products/agm-g3-pro



portable enclosure

https://www.agmmobile.com/products/agm-g3-pro

Sensor-Related

Ambient Light Sensor: Supported

Proximity Sensor: Supported

Accelerometer: Supported

Magnetometer: Supported

Fingerprint Sensor: Supported

Gyroscope: Supported

Hall Switch: Not Supported

Encryption Chip: Not Supported

https://www.agmmobile.com/products/agm-g3-pro



portable enclosure

https://www.youtube.com/watch?v=zcsEk11-KJE

In the era of smartphones, we often take for granted the seamless transition between portrait and landscape modes when we tilt our devices. Have you ever wondered how your phone magically knows its orientation and adapts accordingly? The answer lies in a tiny, yet remarkably intelligent sensor known as the accelerometer.

https://medium.com/@shindevinayakraopatil/the-magic-how-your-phone-knows-its-orientation-146ab60a616c

Phone orientation detection relies on the synergy of three key sensors: the **accelerometer**, which measures linear acceleration and gravity, the **gyroscope**, which tracks angular velocity and rotation, and the **magnetometer**, which senses the Earth's magnetic field, collectively working together to provide a comprehensive understanding of the device's position and orientation

https://medium.com/@shindevinayakraopatil/the-magic-how-your-phone-knows-its-orientation-146ab60a616c



Source: AGM G3 PRO Camera App

| a three-axis accelerometer attached to the single enclosure for measuring the device acceleration and for producing a first output signal that represents the measured device acceleration; | The accused product discloses a three-axis accelerometer (e.g., accelerometer of the accused product) attached to the single enclosure (e.g., body of the accused product) for measuring the device acceleration (e.g., acceleration caused by user movement, gravity, etc.) and for producing a first output signal (e.g., output measured acceleration) that represents the measured device acceleration (e.g., acceleration caused by user movement, gravity, etc.).<br><br>As shown below, the accused product includes a three-axis accelerometer, which is attached to a motherboard inside the body of accused product. The accelerometer measures and outputs acceleration across three axes. |



Source: Accelerometer information of the accused product extracted using a software reverse engineering tool



portable enclosure

https://www.youtube.com/watch?v=zcsEk11-KJE



attached to the single enclosure

https://www.youtube.com/watch?v=zcsEk11-KJE

Sensor-Related

Ambient Light Sensor: Supported

Proximity Sensor: Supported

Accelerometer: Supported

Magnetometer: Supported

Fingerprint Sensor: Supported

Gyroscope: Supported

Hall Switch: Not Supported

Encryption Chip: Not Supported

https://www.agmmobile.com/products/agm-g3-pro



portable enclosure

https://www.agmmobile.com/products/agm-g3-pro



https://www.agmmobile.com/products/agm-g3-pro

| | |
|---|---|
| | **Sensors**<br><br>A smartphone's ability to act as a "touch-enabled smart device" is made possible by five main sensors. Accelerometer: Used by apps to track the direction and motion of the device and to enable functions like vibrating the phone to change the music.<br><br>For functions like tilting your phone to play games or watch movies, the gyroscope, which works with the accelerometer, detects the rotation of your phone.<br><br>For use with maps and navigation, a digital compass assists the phone in locating the North direction. The Ambient Light Sensor automatically adjusts the screen brightness in accordance with the ambient light, which helps preserve battery life. This would also explain why the brightness of your smartphone is decreased in low-light conditions, helping to lessen the strain on your eyes.<br><br>https://www.eletimes.com/whats-inside-your-smartphone |
| a flat-panel digital display for displaying graphical or text information; | The accused product discloses a flat-panel digital display (e.g., 6.72" display of the accused product) for displaying graphical (e.g., Images, symbols, videos, etc.) or text information (e.g., text across user interface and other applications).<br><br>As shown below, the accused product has a 6.72" display. The display is used for displaying images, symbols, text, etc. as per user interaction with the accused product. |



https://www.youtube.com/watch?v=Cu8-mL2UVtQ

| Display | |
|---|---|
| | Screen Size: 6.72"/FHD+ |
| | Resolution:1080*2400(RGB) |
| | Brightness: 9-point Average Brightness Min: 400 / Typ: 450 |
| | Other Feature Requirements:120Hz, Centered Punch-Hole Screen |

https://www.agmmobile.com/products/agm-g3-pro



https://www.agmmobile.com/products/agm-g3-pro



https://www.agmmobile.com/products/agm-g3-pro

https://www.agmmobile.com/products/agm-g3-pro



flat-panel digital display for displaying graphical or text information

https://www.youtube.com/watch?v=Cu8-mL2UVtQ



displaying graphical or text information

https://www.youtube.com/watch?v=Cu8-mL2UVtQ

| a sensor coupled to the processor and having a second output responsive to a physical phenomenon; | The accused product discloses a sensor (e.g., camera sensor of the accused product) coupled to the processor (e.g., MediaTek Dimensity 7300 processor) and having a second output (e.g., a captured image) responsive to a physical phenomenon (e.g., light reflected from a scene). |
| | As shown below, the accused product has camera sensor coupled to its processor via the motherboard. The camera sensor captures images corresponding to the light reflected from a scene physically present in its field of view. |



| Touchscreen | Touch Type:INCELL Cover Glass: Panda |
| | Other Requirements:2.5D / Surface AF / Surface Hardness ≥7H (750g) |
| Rear Camera | Pixel: 64MP Main Camera + 2MP Macro |
| | Sensor: Sony: IMX682-AAJH5-C (1/1.73) |
| | Flashlight: Supported |

https://www.agmmobile.com/products/agm-g3-pro

https://www.agmmobile.com/products/agm-g3-pro

# Clarity in Every Frame



The **64MP main camera** captures images with exceptional detail and lifelike colors. From bright daylight to challenging low-light scenes, it delivers clarity and depth that elevate every shot. Vast landscapes feel expansive, close-up textures come alive, and with the 2MP macro lens plus a **50MP front camera,** G3 Pro ensures every perspective — from the smallest detail to your best selfies — is captured with brilliance, so you can reveal a mesmerizing new level of detail in both portraits and sweeping wide-angle shots.

https://www.agmmobile.com/products/agm-g3-pro



Shoot with the 50MP front camera and capture pro-grade detail in selfies and group shots. With such resolution, your best angle is always crystal clear

https://www.agmmobile.com/products/agm-g3-pro



https://www.youtube.com/watch?v=zcsEk11-KJE

Operating System

Operating System Version：Android 15

CPU

Platform Name:MTK7300 (24M) — MT6878V/ZA (Main Frequency: 4A78@2.5GHz + 4A55@2.0GHz)

https://www.agmmobile.com/products/agm-g3-pro



## Dimensity 7300 —processor
## The brain behind G3 Pro.

A 4nm powerhouse designed to balance raw speed with remarkable efficiency. It drives advanced imaging for more lifelike photos and videos, powers smooth and responsive gaming even in demanding titles, and keeps performance steady throughout the day. With intelligent resource management, it ensures your G3 Pro runs cooler, lasts longer, and performs better —no matter what you put it through.

https://www.agmmobile.com/products/agm-g3-pro

https://www.agmmobile.com/products/agm-g3-pro



Source: Teardown of the accused product



https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300

https://www.mediatek.com/products/smartphones/mediatek-dimensity-7300



Source: processor information of the accused product extracted using a software reverse engineering tool



second output responsive to a physical phenomenon

Source: AGM G3 PRO Camera App

| a software and a processor for executing the software, the processor coupled to the accelerometer and to the digital display for displaying information in response to the first and second output signals; | The accused product discloses a software (e.g., camera application) and a processor (e.g., MediaTek Dimensity 7300 processor) for executing the software (e.g., camera application), the processor (e.g., MediaTek Dimensity 7300 processor) coupled to the accelerometer (e.g., accelerometer of the accused product) and to the digital display (e.g., 6.72" display of the accused product) for displaying information (e.g., camera application user interface) in response to the first and second output signals (e.g., the acceleration and image captured by the accelerometer and the camera sensor respectively). |

As shown below, the accused product includes a camera app that displays icons and an image preview. The orientation of the icons depends on the acceleration (gravity) measured by the accelerometer, while the image displayed in the preview depends on the scene captured by the camera sensor. The accelerometer of the accused product is connected to its processor (MediaTek Dimensity 7300) via the motherboard.



Source: processor information of the accused product extracted using a software reverse engineering tool



Source: Accelerometer information of the accused product extracted using a software reverse engineering tool



second output responsive to a physical phenomenon

Source: AGM G3 PRO Camera App



https://www.youtube.com/watch?v=Cu8-mL2UVtQ

https://www.agmmobile.com/products/agm-g3-pro

## Dimensity 7300 — processor
## The brain behind G3 Pro.

A 4nm powerhouse designed to balance raw speed with remarkable efficiency. It drives advanced imaging for more lifelike photos and videos, powers smooth and responsive gaming even in demanding titles, and keeps performance steady throughout the day. With intelligent resource management, it ensures your G3 Pro runs cooler, lasts longer, and performs better —no matter what you put it through.

https://www.agmmobile.com/products/agm-g3-pro



https://www.agmmobile.com/products/agm-g3-pro



Source: Teardown of the accused product

| Display | Screen Size: 6.72"/FHD+ |
| | Resolution:1080*2400(RGB) |
| | Brightness: 9-point Average Brightness Min: 400 / Typ: 450 |
| | Other Feature Requirements:120Hz, Centered Punch-Hole Screen |

https://www.agmmobile.com/products/agm-g3-pro

| | |
|---|---|
| | Sensor-Related      Ambient Light Sensor: Supported<br><br>Proximity Sensor: Supported<br><br>Accelerometer: Supported<br><br>Magnetometer: Supported<br><br>Fingerprint Sensor: Supported<br><br>Gyroscope: Supported<br><br>Hall Switch: Not Supported<br><br>Encryption Chip: Not Supported<br><br>https://www.agmmobile.com/products/agm-g3-pro<br><br>In the era of smartphones, we often take for granted the seamless transition between portrait and landscape modes when we tilt our devices. Have you ever wondered how your phone magically knows its orientation and adapts accordingly? The answer lies in a tiny, yet remarkably intelligent sensor known as the accelerometer.<br><br>https://medium.com/@shindevinayakraopatil/the-magic-how-your-phone-knows-its-orientation-146ab60a616c |

| | Phone orientation detection relies on the synergy of three key sensors: the **accelerometer**, which measures linear acceleration and gravity, the **gyroscope**, which tracks angular velocity and rotation, and the **magnetometer**, which senses the Earth's magnetic field, collectively working together to provide a comprehensive understanding of the device's position and orientation |
| --- | --- |
| | https://medium.com/@shindevinayakraopatil/the-magic-how-your-phone-knows-its-orientation-146ab60a616c |



Left Source: AGM G3 PRO Camera App
Middle Source: Accelerometer information of the accused product extracted using a software reverse engineering tool
Right Source: Capture of AGM G3 PRO Camera Interface



Top Left Source: AGM G3 PRO Camera App
Top Right Source: Accelerometer information of the accused product extracted using a software reverse engineering tool
Bottom Left Source: Capture of AGM G3 PRO Camera Interface

| a rechargeable battery connected to power the device; and | The accused product discloses a rechargeable battery (e.g., 10000 mAh battery of the accused product) connected to power the device (e.g., the accused product). As shown below, the accused product has a 10000 mAh rechargeable battery. |
|---|---|



https://www.youtube.com/watch?v=zcsEk11-KJE



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_



https://www.agmmobile.com/products/agm-g3-pro?srsltid=AfmBOoo1Zyp59CYIb5uEl-LDeMR0bJ46QgngpqDhUGxsIF4yjtdPS07_

| a battery charger connected for contactless charging of the rechargeable battery. | The accused product discloses a battery charger (e.g., wireless charging coil and other charging elements of the accused product) connected for contactless charging of the rechargeable battery (e.g., battery of the accused product).<br><br>As shown below, the accused product supports wireless charging. The battery of the accused product is wirelessly charged using the charging coil and other charging elements. |
| --- | --- |



Other Wireless Functions

Bluetooth: 5.2

Wi-Fi: 802.11 a/b/g/n/ac 2.4G/5.0Ghz/

Infrared: Not Supported

NFC: Supported

contactless charging — Wireless Charging: Supported; 18W

FM Radio: Supported (FM via headphones)

https://www.agmmobile.com/products/agm-g3-pro

AGM G3 PRO | Thermal Imaging Rugged Smartphone | 12GB+512GB | 10000mAh Battery | 5W Speaker 116dB | 120Hz Display | MIL-STD-810H | Wireless Charging

★ ★ ★ ★ ★ 4.8 (34 reviews)

$699.00

*Pro Thermal Camera - 512x384 res for night vision & inspection
*12GB+512GB Giant Storage - Top-tier performance & space
*10000mAh Battery - Multi-day battery life
*25fps Thermal Recording - Smooth Playback, Stable Frames, Clear Heat Vision in Motion
*Outdoor Companion - Camping light, 5W Speaker 116dB, wireless charging

Free $94

AGM BUDS 8 + 5% OFF

https://www.agmmobile.com/products/agm-g3-pro



Source: Teardown of the accused product



https://www.agmmobile.com/products/agm-g3-pro



https://www.youtube.com/watch?v=zcsEk11-KJE

# How Does Qi Charging Work?

Qi charging works on the principle of electromagnetic induction. The charging pad and your mobile device consist of copper wire coils. The **Qi wireless charging pad** has a large coil, while your mobile device has a smaller one. When current gets into the charging pad, its large coil generates a magnetic field.

When you place the phone on this charging pad, the phone coil converts that magnetic field into an electric current. The current thus generated is transferred to the battery and stored as a charge. The amount of current flowing, voltage level, battery temperature, and charge level are all monitored for your mobile device.

https://www.anker.com/blogs/wireless-chargers/a-comprehensive-guide-to-qi-wireless-charging



contactless charging

https://www.belkin.com/products/product-resources/wireless-charging/how-it-works/